**Pinnacle** | Pinnacle Bank, a Tennessee bank

21 Platform Way South
Suite 2300
Nashville, TN 37203



quadient
FIRST-CLASS MAIL
IMI
$000.74
09/09/2025 ZIP 37201
043M31234643
US POSTAGE

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

FILED

2025 SEP 16 A 9:09

CLERK
U.S. BANKRUPTCY COURT

In re:
Bezjak, Lara A.

Case No. 24-21034
Chapter 13

_____ Debtor(s) _____ /

## AMENDED NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ✓

Please print the following information:

NAME: Bankers Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave S STE 900
Nashville, TN 37201
(ECF Claim #1)

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 09/08/25

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices AND PAYMENTS shall be sent to the new mailing address**

(6/1/11)